# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

CURTIS JORDAN,

    Plaintiff,

vs.

RODNEY McCLOUD; GLENN RICH;
R. D. COLLINS; JOHN PAUL; TRACEY
PAIGE; BRENDA HAGAN; JESSICA
MOSELY; DANNY WOOD; STEPHANIE
LOVE and JAMES L. THRIFT,

    Defendants.

CIVIL ACTION NO.: CV603-141

## ORDER

Plaintiff has filed a Motion to Compel Discovery seeking an Order directing Defendants to provide copies of various grievances and video tapes. (Doc. 42.) Defendants have filed a response to Plaintiff's motion to compel including their responses to Plaintiff's discovery request. Based upon the representations set forth in said response, the Plaintiff's motion is **DENIED**. Defendants have no obligation to provide free copies to Plaintiff.

**SO ORDERED**, this 22 day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

CURTIS JORDAN )

vs ) CASE NUMBER CV603-141

RODNEY MCCLOUD, ETAL ) DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/22/05, which is part of the official record of this case.

Date of Mailing: 7/22/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: NITA ROSE
Deputy Clerk

**Name and Address**

CURTIS LEE JORDAN COASTAL TRANSITTIONAL CTR 309 STILES AVE SAV., GA. 31415
ANDREW MAGRUDER
JESSE OWEN

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate