IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CURTIS JORDAN,

    Plaintiff,

vs.

RODNEY McCLOUD; GLENN RICH;
R. D. COLLINS; JOHN PAUL; TRACEY
PAIGE; BRENDA HAGAN; JESSICA
MOSELY; DANNY WOOD; STEPHANIE
LOVE and JAMES L. THRIFT,

    Defendants.

CIVIL ACTION NO.: CV603-141

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The unopposed Motion for Summary Judgment filed by Defendants McCloud, Collins, Paul, Page, Hagan, Clements, Mosely, Woods, Rich, and Thrift is **GRANTED**. The claims against Defendant Stephanie Love remain pending.

**SO ORDERED**, this _20_ day of _July_, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)